U.S. District Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JAMES DAILEY,<br>Plaintiff, | 3:18-CV-05035-JLR |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | ORDER |

It is hereby ORDERED that attorney fees in the amount of $3,220.79 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Attorney fees are paid pursuant to 28 U.S.C. §1920.

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Kevin Kerr, P.O. Box 14490, Portland, OR 97293. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

1

2   DATED this 20th day of February, 2019.

3

4   _____
    UNITED STATES DISTRICT JUDGE

5

6   Recommended for Entry
    This ___ day of _____, 2019.

7

8   _____
    United States Magistrate Judge

9

10  Presented by:

11  s/ Kevin Kerr
    KEVIN KERR, WSB #47715
12  Schneider Kerr & Robichaux
    PO Box 14490
13  Portland, OR 97293
    (503) 255-9092
14  kevinkerr@schneiderlaw.com

15

16

17

18

19

20

21

22